IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02191-BNB

PHILIP D. EFFLAND, 132470,

    Plaintiff,

v.

PEOPLE OF THE STATE OF COLORADO, et al.,
d/b/a PEOPLE OF THE STATE OF COLORADO, et al.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 8 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Philip D. Effland, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Kit Carson Correctional Center in Burlington, Colorado. He initiated this action on August 26, 2010, by filing a "Request for the Production and Issuance of Subpoenas Duces Tecum by the Clerk of the United States District Court District of Colorado."

In an order filed on September 8, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Effland to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Effland was directed to submit a Prisoner Complaint on the Court-approved form. Mr. Effland was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. The September 8 order warned Mr. Effland that if he failed to cure

the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On September 27, 2010, Mr. Effland filed several documents with the Court, including a "Motion for a Permanent Writ of Prohibition and Demand for Order of Extraction from Illegal Incarceration," and an "Affidavit and Judicial Notice." Mr. Effland, however, has failed to file a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the September 8 Order. Therefore, Mr. Effland has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Philip D. Effland, to comply with the order to cure dated September 8, 2010.

DATED at Denver, Colorado, this __18th__ day of __October__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02191-BNB

Philip D. Effland
Prisoner No. 132470
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/18/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk